UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1908
_____

RASHONNA M. RANSOM, on behalf of herself and others similarly situated

v.

GREATPLAINS FINANCE, LLC, doing business as Cash Advance Now;
JOHN DOES 1–10

GreatPlains Finance, LLC,
        Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:22-cv-01344)
District Judge: Hon. William J. Martini
_____

Argued: June 4, 2025

Before: HARDIMAN, BIBAS, and FISHER, *Circuit Judges*
_____

JUDGMENT
_____

 This cause came to be considered on the record from the U.S. District Court for the District of New Jersey and was argued on June 4, 2025.

 On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's orders entered on January 22 and April 18, 2024, are hereby **AFFIRMED** and the matter **REMANDED**. Costs will be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

            ATTEST:

            s/ Patricia S. Dodszuweit
Dated: August 4, 2025       Clerk